UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For a Petty Offense)-- Short Form |
|  | CASE NUMBER: 3:08mj35/MD |
| JOHN R. STATON |  |
|  | Thomas Keith, AFPD |
|  | Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information as Amended.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and F.S.S. § 322.34(1) | Driving With Suspended License Without Knowledge | 9/2/07 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine and SMA must be paid no later than March 18, 2009.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 5.00 | $ 60.00 | $ 0.00 |

Date of Imposition of Sentence - 2/24/09

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 3-2-2009